```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KATHLEEN SYPERT, on behalf of herself and all others similarly situated,

                            Plaintiff,

            -v-

CENTRAL RADIOLOGY, P.C., d/b/a FLUSHING IMAGING CENTER,

                            Defendant.

------------------------------------------------------------X

18 Civ. 4177 (PAE)

ORDER OF DISMISSAL

PAUL A. ENGELMAYER, District Judge:

On May 9, 2018, plaintiff filed the complaint in this case. Dkt. 1. On May 18, 2018, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond June 8, 2018. *See* Dkt. 5. On August 29, 2018, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 6. That order advised that cause might be shown by properly requesting a certificate of default from the Clerk of Court, and, by September 21, 2018, filing a motion for default judgment with the Court. *Id.* Plaintiff has not taken these steps or otherwise taken any action to make progress in this case since the Court's order to show cause.

Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 25, 2018
       New York, New York

2